UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| LARRY McLEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JEFFREY M. LEONARD, individually and in his official and supervisory capacities as the Chief of Police for the Town of Wake Forest, North Carolina Police Department; T.C. WEBB, individually and in his official capacity as a Police Officer with the Town of Wake Forest, North Carolina Police Department; J.J. JEFFERSON, individually and in his official capacity as a Police Sergeant with the Town of Wake Forest, North Carolina Police Department; TOWN OF WAKE FOREST; DONNIE HARRISON, individually and in his official capacity as Sheriff for Wake County, North Carolina; and WAKE COUNTY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 5:14-CV-718-FL |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered September 30, 2015 and July 26, 2016, and for the reasons set forth more specifically therein, that the motion to dismiss by defendants Wake County and Donnie Harrison is granted and the motion for summary judgment by defendants J.J. Jefferson, Jeffrey M. Leonard, Town of Wake Forest, and T.C. Webb is granted.

**This Judgment Filed and Entered on July 26, 2016 and Copies To:**

Ira Braswell, IV (via CM/ECF Notice of Electronic Filing)
Dan M. Hartzog (via CM/ECF Notice of Electronic Filing)
Dan McCord Hartzog, Jr. (via CM/ECF Notice of Electronic Filing)

Katelyn W. McCombs (via CM/ECF Notice of Electronic Filing)
Claire Alise Hunter (via CM/ECF Notice of Electronic Filing)
John A. Maxfield (via CM/ECF Notice of Electronic Filing)
Roger A. Askew (via CM/ECF Notice of Electronic Filing)
Scott Wood Warren (via CM/ECF Notice of Electronic Filing)

July 26,2016     JULIE RICHARDS JOHNSTON, CLERK
                  /s/ Christa N. Baker
                 (By) Christa N. Baker, Deputy Clerk